ESTATE OF Kyle Thomas BRENNAN, by and through its Administrator, Victoria L. BRITTON, Plaintiff–Appellant,

v.

CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC., Denise Gentile, a.k.a. Denise Miscavige Gentile, Gerald Gentile, Thomas Brennan, Defendants–Appellees.

No. 12–10024.

United States Court of Appeals, Eleventh Circuit.

Sept. 19, 2012.

Luke Charles Lirot, Luke Lirot, PA, Clearwater, FL, Thomas J. Dandar, Dandar & Dandar, PA, Tampa, FL, for Plaintiff–Appellant.

Robert V. Potter, Jr., F. Wallace Pope, Jr., Johnson Pope Bokor Ruppel & Burns, LLP, Clearwater, FL, Marie Tomassi, Trenam Kemker, Saint Petersburg, FL, Lee Fugate, Nathan M. Berman, Zuckerman Spaeder, LLP, Richard C. Alvarez, Alvarez Garcia, Tampa, FL, for Defendants–Appellees.

Before HULL, MARCUS and COX, Circuit Judges.

PER CURIAM:

After full review and oral argument, we conclude that the Plaintiff–Appellant Es-

**230**

tate of Kyle Thomas Brennan has demonstrated no reversible error in the district court's order, dated December 6, 2011, granting summary judgment to the Defendants–Appellees, Church of Scientology Flag Service Organization, Inc., Denise Gentile, Gerald Gentile, and Thomas Brennan.

**AFFIRMED.**